WHITESBURG BANKING CO. *v.* CRAIN, administrator, *et al.*

FISH, C. J. No complaint is made that any error of law was committed on the trial. The verdict was not unsupported by the evidence, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 2038. JANUARY 14, 1921.

Equitable petition. Before Judge Terrell. Heard superior court. March 23, 1920.

*James Beall* and *S. Holderness,* for plaintiff.

*Griffith & Matthews, D. B. Whitaker, A. H. Freeman,* and *Hall & Jones,* for defendants.